UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 2150 SIGOURNEY JOSSIAH – FRANCIS LEE ASSOCIATION, SUING ON BEHALF OF THEODORE A. PINNOCK AND ITS MEMBERSL and THEODORE A. PINNOCK, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT M. BLEVINS dba NATIONAL CAR RENTAL; and SUNSET MOTORS, INC., <br><br> Defendants. | Civil No. 06-CV-1870-L(NLS) <br><br> **ORDER GRANTING JOINT MOTION AND DISMISSING ACTION WITH PREJUDICE** <br> [doc. # 9] |

Good cause appearing, **IT IS ORDERED** granting the parties' joint motion for dismissal with prejudice of all defendants and plaintiff's complaint in its entirety. **IT IS FURTHER ORDERED** directing the Clerk of the Court to close this case.

**IT IS SO ORDERED.**

DATED: January 22, 2008

M. James Lorenz
United States District Court Judge

/ / /

/ / /

06cv1870

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COPY TO:

HON. NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL